UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FTS GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> ALPHA CAPITAL ANSTALT, WHALEHAVEN CAPITAL FUND LIMITED, ELLIS INTERNATIONAL, LTD., PLATINUM LONG TERM GROWTH V and RICHARD E. MILLER, <br><br> Defendants. | CIVIL ACTION NO. 2:09-cv-0025 <br><br> (Electronically Filed) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), we, the attorneys for the respective parties, hereby stipulate to dismissal of the above-captioned action with prejudice.

**THORP REED & ARMSTRONG, LLP**         **FELLHEIMER & EICHEN LLP**

By: /s/Robert J. Ridge                               By: /s/ Alan S. Fellheimer
Robert J. Ridge, Esquire                             Alan S. Fellheimer, Esquire
One Oxford Centre                                    1800 John F. Kennedy Boulevard
301 Grant St., 14th Floor                            Suite 1400
Pittsburgh, PA 15219                                 Philadelphia, PA 19103
(412) 394 7711                                       (215) 253-6630

*Attorneys for Plaintiff,*                           *Attorneys for Defendants,*
*FTS Group, Inc.*                                    *Alpha Capital Anstalt, Whalehaven Capital Fund Limited, Ellis International, Ltd., and Richard E. Miller*

SO ORDERED, this 24 day of April, 2009.

_____
Gary L. Lancaster, U.S. District Judge

{00996179}